# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY AND TEXAS BRINE COMPANY, LLC, ET AL.

NO.   2020 CW 0286

**JUNE 19, 2020**

---

In Re:   Zurich American Insurance Company, Steadfast Insurance Company and American Guarantee & Liability Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 33796.

---

**BEFORE:   GUIDRY, LANIER, AND BURRIS,[1] JJ.**

**WRIT DENIED AS MOOT.**   See this court's May 11, 2020 action in 2020 CW 0108.

**JMG**
**WIL**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.